**Motion Granted and Order filed February 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00140-CV
_____

## IN RE MEDICAL CARBON RESEARCH INSTITUTE, LLC AND JACK C. BOKROS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 33349**

---

## ORDER

On February 21, 2013, relators filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relators ask this Court to order The Honorable Ben Hardin, Judge of the 23rd District Court of Brazoria County, Texas, to vacate his order dated February 7, 2013, entered in trial court cause number 33349, styled *Michael M. Phillips v. Jack C. Bokros, PhD. and Medical Carbon Research Institute, L.L.C.* Relators claim the trial court abused its discretion in granting

plaintiff's motion to compel production of documents. Relators also filed an emergency motion to stay.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10. The motion is granted.

We therefore ORDER that the February 7, 2013 order of the court below be stayed in trial court cause number 33349, styled *Michael M. Phillips v. Jack C. Bokros, PhD. and Medical Carbon Research Institute, L.L.C.* Such order is stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

Real party in interest, Michael M. Phillips, is requested to file a response to the petition for writ of mandamus within fifteen (15) days of the date of this order.

PER CURIAM

Panel consists of Justices Christopher and Jamison. (McCally, J. not participating).